FILED13 JAN'26 16:25USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00009-AB |
| v. | INDICTMENT |
| HASSAN JOSEPH SMITH, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

### COUNT 1
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about March 14, 2025, in the District of Oregon, defendant **HASSAN JOSEPH SMITH**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Human Trafficking, on or about May 14, 2021, in the State of California, Superior Court in Sacramento County, Case Number 20FE018496, did knowingly and unlawfully possess an American Tactical Omni Hybrid .223/.5.56 caliber semi-automatic rifle, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

///

///

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **HASSAN JOSEPH SMITH** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense and all associated ammunition.

Dated: January 13, 2026

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

_____
NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney